# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI, EASTERN DIVISION

| | |
|---|---|
| THE VLADIMIR GUSINSKY REV. TRUST, Individually and On Behalf of All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) Case No. 4:17-cv-01090 ) ) JURY TRIAL DEMANDED |
| v. | ) ) CLASS ACTION |
| LMI AEROSPACE, INC., GERALD E. DANIELS, JOHN S. EULICH, DANIEL G. KORTE, SANFORD S. NEUMAN, JUDITH W. NORTHUP, JOHN M. ROEDER, STEVEN SCHAFFER, GREGORY L. SUMME, LARRY RESNICK, SONACA S.A., SONACA USA INC., and LUMINANCE MERGER SUB, INC., | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION**

Plaintiff, The Vladimir Gusinsky Revocable Trust ("Plaintiff") by and through his attorneys of record, hereby provides notice and an order concerning voluntary dismissal as follows:

WHEREAS, on March 15, 2017, LMI Aerospace, Inc. ("LMI") filed a proxy statement (the "Proxy Statement") with the United States Securities and Exchange Commission ("SEC") in connection with the proposed acquisition of LMI by Sonaca USA Inc ("Sonaca") whereby LMI's stockholders would receive $14.00 in cash for each share of LMI common stock (the "Transaction");

WHEREAS, on March 24, 2017, Plaintiff in the above captioned action (the "Action") filed a complaint against Defendants LMI, Gerald E. Daniels, John S. Eulich, Daniel G. Korte, Sanford S. Neuman, Judith W. Northup, John M. Roeder, Steven Schaffer, Gregory L. Summe, and Larry Resnick (the "LMI Defendants") alleging violations of the federal securities laws;

WHEREAS, Plaintiff alleges, on behalf of a putative class of LMI's stockholders, that the Proxy Statement omitted certain material information relating to the Transaction in violation of Sections 14(a) and 20(a) of the Securities Exchange Act of 1934;

WHEREAS, on April 24, 2017, LMI filed with the SEC a Definitive Proxy Statement containing additional disclosures relating to the Transaction (the "Supplemental Disclosures");

WHEREAS, on June 8, 2017, LMI's stockholders voted to approve the Transaction;

WHEREAS, Plaintiff agrees that, as a result of the filing of the Supplemental Disclosures, claims arising from the Transaction identified in his complaint have become moot;

WHEREAS, Plaintiff asserts that the prosecution of the Action caused LMI to issue the Supplemental Disclosures and that Plaintiff's counsel may assert a claim for attorneys' fees and expenses in connection with the filing of the Supplemental Disclosures;

WHEREAS, Plaintiff intends to petition the Court to seek a resolution of his claim for such fees and expenses if his claim cannot be resolved through negotiations between counsel for Plaintiff and Defendants;

NOW, THEREFORE, Plaintiff hereby gives notice of Plaintiff's voluntary dismissal, subject to the approval of the Court, as follows:

1. Plaintiff hereby voluntarily dismisses the above-captioned action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1), and the action shall be so dismissed. The dismissal is as to Plaintiff only and has no effect upon the absent members of the putative class.

2. This Court shall retain continuing jurisdiction over the Parties solely for purposes of adjudicating any claim by Plaintiff's counsel for an award of attorneys' fees and expenses.

3. This Notice is not intended to, and shall not, waive or prejudice any right or argument that may be asserted or presented by Plaintiff or the Defendants in support of or in opposition to any claim by Plaintiff for attorneys' fees and expenses.

Dated: June 13, 2017

Respectfully submitted,

*/s/ John J. Miller*
JOHN J. MILLER
jmiller@swansonmidgley.com
SWANSON MIDGLEY LLC
4600 Madison Avenue, Suite 1100
Kansas City, MO 64112
Telephone: 816.842.6100
Facsimile: 816.842.0013

SETH D. RIGRODSKY
BRIAN D. LONG
GINA M. SERRA
RIGRODSKY & LONG, P.A.
2 Righter Parkway, Suite 120
Wilmington, DE 19803
Telephone: 302.295.5310

RICHARD A. MANISKAS
RM LAW, P.C.
1055 Westlakes Drive, Suite 3112
Berwyn, PA 19312
Telephone: 484.324.6800

*Attorneys for Plaintiff*

Dated: June 13, 2017

*/s/ James P. Martin*
JAMES P MARTIN
jmartin@polsinelli.com
POLSINELLI PC
100 S. Fourth Street, Suite 1000
St. Louis, Missouri 63102
Telephone: 314.552.6802
Facsimile: 314.754.8316

BRIAN M. LUTZ (*pro hac vice pending*)
blutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

MICHAEL J. KAHN (*pro hac vice pending*)
mjkahn@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: 650.849.5300
Facsimile: 650.849.5333

*Attorneys for the Defendants*

SO ORDERED this _____ day of _____, 2017:

_____
U.S. DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2017, I authorized the electronic filing of the foregoing Stipulation and [Proposed] Order Dismissing Action with the Clerk of the Court using the CM/ECF system. The CM/ECF system will provide service through a Notice of Electronic Filing (NEF) to the parties registered in this case denoted on the Electronic Mail Notice List, and I hereby certify that the foregoing document will be mailed to any non-CM/ECF participants indicated on the Manual Notice List.

Dated: June13, 2017 By: */s/ John J. Miller*