UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| THE VLADIMIR GUSINSKY REV. TRUST, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) )   Case No. 4:17CV1090SPM )|
| LMI AEROSPACE, INC., et al., | ) ) |
| Defendants. | ) |

## ORDER

The Court having been advised by counsel that this action has been settled [Doc.12],

**IT IS HEREBY ORDERED** that all pending motions are denied without prejudice.

**IT IS HEREBY ORDERED** that counsel shall file, within thirty (30) days of the date of this order, a stipulation for dismissal, a motion for leave to voluntarily dismiss, or a proposed consent judgment.   Failure to timely comply with this order shall result in the dismissal of this action with prejudice.

Dated this 13th day of June , 2017.

/s/Shirley Padmore Mensah
SHIRLEY PADMORE MENSAH
UNITED STATES MAGISTRATE JUDGE