# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI, EASTERN DIVISION

| | |
|---|---|
| THE VLADIMIR GUSINSKY REV. TRUST, Individually and On Behalf of All Others Similarly Situated, <br><br>        Plaintiff, <br><br>  v. <br><br>LMI AEROSPACE, INC., GERALD E. DANIELS, JOHN S. EULICH, DANIEL G. KORTE, SANFORD S. NEUMAN, JUDITH W. NORTHUP, JOHN M. ROEDER, STEVEN SCHAFFER, GREGORY L. SUMME, LARRY RESNICK,  SONACA S.A., SONACA USA INC., and LUMINANCE MERGER SUB, INC., <br><br>        Defendants. | Case No. 4:17-cv-01090 <br><br> JURY TRIAL DEMANDED <br><br> CLASS ACTION |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)

WHEREAS, on March, 2017, plaintiff commenced this action by filing a complaint alleging defendants LMI Aerospace, Inc. and its directors (the "LMI Defendants") violated Sections 14(d) of the Securities Exchange Act of 1934 and that Sonaca S.A., Sonaca USA Inc., and Luminance Merger Sub (collectively the "Sonaca Defendants") and the individual defendants violated Section 20(a) of the Securities Exchange Act of 1934;

WHEREAS, by stipulation, plaintiffs served the LMI Defendants with the complaint, but the Sonaca Defendants were never served with the complaint;

WHEREAS, subsequent to the filing of this action, the LMI Defendants took steps that mooted the claims asserted in plaintiff's complaint (the "Mooting Actions");

WHEREAS, as part of the agreement with the LMI Defendants to obtain the Mooting Actions, plaintiff agreed to dismiss this action with prejudice as to himself and without prejudice to the putative class;

WHEREAS, plaintiff believes that, as a result of the Mooting Actions, he has conferred a common corporate benefit on the stockholders of defendant LMI Aerospace, Inc. such that his counsel are entitled to seek and recovery attorneys' fees and expenses (the "Fee and Expense Claim");

WHEREAS, after the agreement was reached between the parties that the LMI Defendants would take the Mooting Actions and plaintiff would dismiss this litigation with prejudice as to plaintiff only (and without prejudice to all absent members of the putative class), counsel for plaintiff and the LMI Defendants conducted negotiations and successfully resolved the Fee and Expense Claim; and

WHEREAS, no class has been certified;

**NOW, THEREFORE, PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 41(a)(1)(A), plaintiff The Vladimir Gusinsky Trust and his counsel hereby give notice that the above-captioned action is voluntarily dismissed, with prejudice as to plaintiff and without prejudice as to all other members of the putative class.  Defendants have filed neither an answer nor a motion for summary judgment in the Action.  Except as otherwise agreed, each party shall bear its own costs.

Dated: November 17, 2017

Respectfully submitted,

*/s/ John J. Miller*
JOHN J. MILLER
jmiller@swansonmidgley.com
SWANSON MIDGLEY LLC
4600 Madison Avenue, Suite 1100
Kansas City, MO 64112
Telephone: 816.842.6100
Facsimile: 816.842.0013

        SETH D. RIGRODSKY
        BRIAN D. LONG
        GINA M. SERRA
        RIGRODSKY & LONG, P.A.
        2 Righter Parkway, Suite 120
        Wilmington, DE 19803
        Telephone: 302.295.5310

        RICHARD A. MANISKAS
        RM LAW, P.C.
        1055 Westlakes Drive, Suite 3112
        Berwyn, PA 19312
        Telephone: 484.324.6800

        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2017, I authorized the electronic filing of the foregoing Notice of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A) with the Clerk of the Court using the CM/ECF system. The CM/ECF system will provide service through a Notice of Electronic Filing (NEF) to the parties registered in this case denoted on the Electronic Mail Notice List, and I hereby certify that the foregoing document will be mailed to any non-CM/ECF participants indicated on the Manual Notice List.

Dated: November 17, 2017        By:   */s/ John J. Miller*

SETH D. RIGRODSKY
BRIAN D. LONG
GINA M. SERRA
RIGRODSKY & LONG, P.A.
2 Righter Parkway, Suite 120
Wilmington, DE 19803
Telephone: 302.295.5310

RICHARD A. MANISKAS
RM LAW, P.C.
1055 Westlakes Drive, Suite 3112
Berwyn, PA 19312
Telephone: 484.324.6800

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2017, I authorized the electronic filing of the foregoing Notice of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A) with the Clerk of the Court using the CM/ECF system. The CM/ECF system will provide service through a Notice of Electronic Filing (NEF) to the parties registered in this case denoted on the Electronic Mail Notice List, and I hereby certify that the foregoing document will be mailed to any non-CM/ECF participants indicated on the Manual Notice List.

Dated: November 17, 2017    By:   */s/ John J. Miller*